[No. 49091-9-II.   Division Two.   July 11, 2017.]

TANYA NOZAWA, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 14-2-01263-0, Mary Sue Wilson, J., entered April 15, 2016. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Bjorgen, C.J., and Worswick, J.

[No. 49416-7-II.   Division Two.   July 11, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DEVIN RAY REED, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 16-1-00227-0, David L. Edwards, J., entered September 6, 2016. *Reversed* and *remanded* by unpublished opinion per Johanson, J., concurred in by Maxa, A.C.J., and Lee, J.

[No. 33303-5-III.   Division Three.   July 11, 2017.]

ALONSO VELIZ, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Franklin County, No. 13-2-50218-9, Cameron Mitchell, J., entered March 3, 2015. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Pennell, J; Fearing, C.J., dissenting.

[No. 33703-1-III.   Division Three.   July 11, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LEE YATES, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-01153-0, Michael P. Price, J., entered July 17, 2015. *Remanded with instructions* by unpublished opinion per Pennell, J., concurred in by Siddoway, J.; Lawrence-Berrey, A.C.J., dissenting.